DENNIS M. PRINCE
Nevada Bar No. 5092
**PRINCE & KEATING**
3230 S. Buffalo Drive, Suite 108
Las Vegas, Nevada 89117
(702) 228-6800
(702) 228-0443 facsimile
*DPrince@PrinceKeating.com*
Attorney for Defendants
*Avonne Atkinson, Alexis McDaniels, a minor,*
*and Dietra Diane Atkinson as Guardian of the*
*Estate of Alexis McDaniels*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

|  |  |
|---|---|
| OLD MUTUAL FINANCIAL LIFE INSURANCE COMPANY, | |
| Plaintiff, | CASE NO. : 2:10-CV-572-RLH-PAL |
| vs. | |
| AVONNE ATKINSON, individually, ALEXIS MCDANIELS (a minor), individually and DIETRA DIANE ATKINSON, as Guardian of the Estate of ALEXIS MCDANIELS, DOE INDIVIDUALS I through X, inclusive, and ROE ENTITIES I through X, inclusive, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |
| AVONNE ATKINSON, individually, ALEXIS MCDANIELS (a minor), individually and DIETRA DIANE ATKINSON, as Guardian of the Estate of ALEXIS MCDANIELS, | |
| Counterclaimants, | |
| vs. | |
| OLD LIBERTY MUTUAL FINANCIAL INSURANCE COMPANY, | |
| Counterdefendant. | |

PRINCE & KEATING
ATTORNEYS AT LAW
3230 South Buffalo Drive, Suite 108
Las Vegas, Nevada 89117
PHONE (702) 228-6800

IT IS HEREBY STIPULATED by and between the parties, by and through their respective counsel of record, that the above-captioned matter shall be dismissed with prejudice, as to all claims and all parties, each party to bear their own costs and attorney's fees.

A copy of the file-stamped Order Approving the Minor's Compromise is  attached as Exhibit 1.

Dated: __2\3\11__                          Dated: __2/3/11__

PRINCE & KEATING                    THORNDAL, ARMSTRONG, DELK,
                                                       BALKENBUSH & EISINGER

_____    _____
Dennis M. Prince                            Kathleen M. Maynard
Nevada Bar No. 5092                      Nevada Bar No.: 10675
3230 South Buffalo Drive, Suite 108   1100 E. Bridger Avenue
Las Vegas, Nevada 89117               Las Vegas, Nevada 89101
Attorney for Defendants                   Attorney for Plaintiff
*Avonne Atkinson, Alexis McDaniels, a*   *Old Mutual Financial Life Insurance*
*minor, and Dietra Diane Atkinson as*    *Company*
*Guardian of the Estate of Alexis*
*McDaniels*

## ORDER

**IT IS SO ORDERED.**

Dated this _7th_ day of February, 2011

**UNITED STATES DISTRICT JUDGE**

Prepared and submitted by:

PRINCE & KEATING

_____
Dennis M. Prince
3230 South Buffalo Drive, Suite 108
Las Vegas, Nevada 89117
Attorney for Defendants/Counterclaimants

# EXHIBIT 1

Electronically Filed
01/21/2011 11:54:37 AM

**ORDG**
DENNIS M. PRINCE
Nevada Bar No. 5092
**PRINCE & KEATING**
3230 South Buffalo Drive
Suite 108
Las Vegas, Nevada  89117
(702) 228-6800
(702) 228-0443 facsimile
*dprince@princekeating.com*
Attorney for Petitioner

**CLERK OF THE COURT**

## DISTRICT COURT

## CLARK COUNTY, NEVADA

In Re the Disputed Claim of:

ALEXIS MCDANIELS,

a minor.

CASE NO. :  A10-631908-M
DEPT. NO.:  XVI

### ORDER GRANTING COMPROMISE OF DISPUTED CLAIM OF A MINOR

This matter having come on for hearing upon the Petition and Application for an Ordering Compromising Disputed Claim of Alexis McDaniels, a minor, the Petitioner appearing by and through their attorneys, PRINCE & KEATING, and the Court, having considered the Petition and Application of Dietra Atkinson, parent and natural guardian of Alexis McDaniels, a minor, to compromise the claim on behalf of said minor child  arising out of a claim for life insurance benefits against Old Mutual Financial Life Insurance Company  as a result of the death of the minor's father, Michael McDaniels; and the Court finding that the allegations of said Petition are true and that it is in the best interest of said minor that the disputed additional claim be settled as proposed in the Petition:

. . .

. . .

01-07-11  09:01  RC

PRINCE & KEATING
ATTORNEYS AT LAW
3230 SOUTH BUFFALO DRIVE, SUITE 108
LAS VEGAS, NEVADA 89117
PHONE (702) 228-6800

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the proposed settlement of the claim of Alexis McDaniels, a minor, against Old Mutual Financial Life Insurance Company be, and the same is hereby approved for the personal injury claims made by said minor in the total sum of TWENTY-FIVE THOUSAND ($ 25,000.00) DOLLARS to be disbursed as follows:

| | | |
|---|---|---|
| Attorney's Fees (33%) | $ | 8,335.00 |
| Costs of suit | $ | 343.16 |
| Amount to be deposited into Blocked Trust Account | $ | 16,321.84 |

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED:**

6.   A. Authorization to deposit said settlement funds in the amount of Sixteen Thousand Three Hundred Twenty-One   Dollars and 84/100 ($16,321.84) into a blocked trust account at Wells Fargo Bank on behalf of Alexis McDaniels, minor, is hereby given to Petitioner;

B.   Funds deposited in the blocked trust account shall not be removed, liquidated or diminished prior to the minor reaching the age of eighteen (18) years without Court approval upon a showing that the withdrawal is in the best interest of that minor child;

. . .

. . .

2

Prince & Keating
ATTORNEYS AT LAW
3230 South Buffalo Drive, Suite 108
Las Vegas, Nevada 89117
Phone (702) 228-6800

C.  Petitioner and PRINCE & KEATING, shall cause, within sixty (60) days of the date of this order, proof to be filed with this court that the blocked annuity accounts have been established;

D.    A    status    check    before    this    Court    is    set    for March 15, 2011 _9:00Am_____ to show compliance with this Order.  In the event the proof of compliance has been filed with this Court, it will not be necessary for the Petitioner or Dennis M. Prince to attend this status check hearing;

E.  IT IS FURTHER ORDERED that the trustee or petitioner **SHALL** file periodic verified annual reports in order to detail the activities of the blocked annuity account during the previous twelve (12) months pursuant to NRS 41.200(5); and,

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that said Petitioners are to execute a full and final release and to discharge Old Mutual Financial Life Insurance Company of and from all claims, charges and demands for a claim for life insurance benefits

. . .

. . .

. . .

. . .

. . .

. . .

3

against Old Mutual Financial Life Insurance Company as a result of the death of the minor's father, Michael McDaniels.

DATED this 10th day of January, 2011.

_____
DISTRICT COURT JUDGE

Submitted by:

**PRINCE & KEATING**

By: _____ for ((445)

DENNIS M. PRINCE
Nevada Bar No.: 5092
3230 S. Buffalo Drive
Suite 108
Las Vegas, Nevada 89117
Attorney for Petitioner

4